CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 08 2015

JULIA C. DOOLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| CASSIE V. MORTON, | ) |
|     Plaintiff, | ) Civil Action No. 1:14CV0047 |
| v. | ) **FINAL ORDER** |
| SHEARER'S FOODS, LLC, | ) Hon. Glen E. Conrad |
|     Defendant. | ) Chief United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the defendant's motion for summary judgment is **GRANTED**.

The Clerk is directed to strike the case from the active docket of the court, and to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and all counsel of record.

ENTER: This 8th day of September, 2015.

/s/ Glen E. Conrad
Chief United States District Judge